**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant
Trump Plaza Associates, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. LEE DEMPSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUMP PLAZA ASSOCIATES, LLC,<br>a New Jersey Limited Partnership, d/b/a TRUMP PLAZA HOTEL AND CASINO,<br><br>    Defendants. | Civil Action No.: 08-5242 (RNB) (AMD)<br><br><br>**NOTICE OF FILING OF<br>BANKRUPTCY PETITION** |

On February 17, 2009, Defendant Trump Plaza Associates, LLC filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, District of New Jersey, under Case No. 09-13661.

Defendant is entitled to all benefits and protections of the Bankruptcy Code, including but not limited to, the automatic stay created under 11 U.S.C. § 362.

                Respectfully submitted,

                McCARTER & ENGLISH, LLP
                Attorneys for Defendant

                /s/ Christopher S. Mayer
                Christopher S. Mayer

Dated: February 23, 2009

## CERTIFICATION OF FILING AND SERVICE

Christopher S. Mayer, of full age, hereby certifies as follows:

1. On this day, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the District of New Jersey.

2. I further certify that on this day I caused a copy of the foregoing to be served via electronic filing upon:

>Robert J. Mirel, Esq.
>The Weitz Law Firm, P.A.
>777 Kent Avenue, Suite 247
>Brooklyn, New York 11205
>Attorney for Plaintiff

I certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I am subject to punishment.

>/s/ Christopher S. Mayer
>Christopher S. Mayer

Dated: February 23, 2009

ME1 8152486v.1