IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| C. LEE DEMPSEY,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUMP PLAZA ASSOCIATES, LLC,<br><br>        Defendant. | Civil No. 08-5242 (RMB) |

### ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE

The Court having been informed that on February 17, 2009, defendant filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, until further Order of the Court this matter is administratively terminated, without prejudice.

                                s/ Joel Schneider
                                JOEL SCHNEIDER
                                United States Magistrate Judge

Dated:  February 24, 2009

cc: Hon. Renèe Marie Bumb